140 So. 922
### Benton HARRIS et al. v. STATE.
6 Div. 133.

Supreme Court of Alabama.
March 31, 1932.

H. H. Hamilton, of Russellville, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., opposed.

FOSTER, J.

Petition of Benton Harris and Reeder Bishop for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Harris et al. v. State, 140 So. 925.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

139 So. 907
### Percy IRWIN v. STATE.
3 Div. 954.

Supreme Court of Alabama.
Jan. 28, 1932.

R. L. Goldsmith, of Hayneville, for appellant.

Thos. E. Knight, Jr., Atty. Gen., and Thos. Seay Lawson, Asst. Atty. Gen., for the State.

THOMAS, J.

The appellant was convicted of the offense of robbery, and has appealed from the judgment of conviction, on the record, without a bill of exceptions.

The record has been examined, and is in all things regular and free from error. Therefore a judgment will be entered here affirming the judgment of conviction. It is so ordered by the court.

Affirmed.

All the Justices concur.

139 So. 908
### C. W. JACKSON v. C. H. STANFIELD et al.
7 Div. 36.

Supreme Court of Alabama.
Jan. 12, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.

138 So. 918
### LOUISVILLE & NASHVILLE RAILROAD CO. et al. v. Cleve C. HEATH.
6 Div. 986.

Supreme Court of Alabama.
Dec. 12, 1931.

J. S. Stone and White E. Gibson, both of Birmingham, and J. W. Patton, of Montgomery, for appellant.

Altman & Koenig and W. C. Dalrymple, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

138 So. 918
### MACKLE BUILDING CO. v. William A. DENSON.
6 Div. 974.

Supreme Court of Alabama.
Nov. 24, 1931.

Robt. E. Smith, of Birmingham, for appellant.

Crampton Harris, W. A. Denson, and Bradley, Baldwin, All & White, all of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by appellant.

140 So. 923
### In the matter of J. M. MARSH, Deceased.
4 Div. 592.

Supreme Court of Alabama.
March 29, 1932.

PER CURIAM.

Appeal dismissed for want of prosecution.